## 57969. HAMBY v. THE STATE.

CARLEY, Judge.
This is an appeal from the trial court's denial of defendant's motion for new trial after entry of judgment of conviction and sentence based upon the verdict of a jury finding defendant guilty of motor vehicle theft. We have thoroughly reviewed the record in this case and we find no reversible error.

*Judgment affirmed. Deen, C. J., and Quillian, P. J., concur. Shulman, J., not participating.*

SUBMITTED MAY 29, 1979 — DECIDED JUNE 22, 1979.

Frank Hamby, *pro se.*
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Assistant District Attorney,* for appellee.